**Lila Dian STAMATIOU, Respondent,**

v.

**Dimitri Stamati STAMATIOU, Appellant.**

**No. WD 49512.**

Missouri Court of Appeals, Western District.

Dec. 12, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 1996.

Dimitri Stamatiou, Kansas City, pro se.

Barton S. Blond, Kansas City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM.

Dimitri Stamatiou appeals the circuit court's order denying his request to reduce his child support obligation and denying in part his motion for contempt against his former wife, Lila Dian Stamatiou, for alleged noncompliance with previous court orders relating to the distribution of marital and nonmarital property. We affirm. Discerning no jurisprudential value to publishing an opinion, we issue this summary order. Rule 84.16(b).